UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL CHICCA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-2990 |
| ST. LUKE'S EPISCOPAL HEALTH SYSTEM, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On April 16, 2012, this case was called to trial. Plaintiff Michael Chicca appeared in person and through his attorney and announced ready for trial. Defendant St. Luke's Episcopal Health System appeared through its corporate representative and through its attorney and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case.

After a jury was impaneled and sworn, it heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed, and entered of record. The questions submitted to the jury and the jury's findings are attached as Exhibit "A" and incorporated by reference. Defendant St. Luke's Episcopal Health System filed a Motion to Approve Form of Judgment on the verdict.

The Court considered the motion and hereby **RENDERS** judgment for Defendant St. Luke's Episcopal Health System. Therefore, the court **ORDERS** that Plaintiff Michael Chicca take nothing by his suit and that Defendant St. Luke's Episcopal Health System shall recover costs of court from plaintiff.

This judgment is final, disposes of all claims and all parties, and is appealable.

The court orders execution to issue for this judgment.

Signed on the 30th day of April, 2012.

                                                      KEITH P. ELLISON
                                                     U.S. DISTRICT JUDGE